# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL ANTONIO GONZALEZ, III, | ) | NO. CV 10-01661 PA (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| WARDEN OF S.V.S.P., | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 5, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE